**REQUENO v. INTEGON GENERAL INS. CORP.**

[332 N.C. 339 (1992)]

CARLOS REQUENO v. INTEGON GENERAL INSURANCE CORPORATION

No. 603PA90

(Filed 4 September 1992)

ON discretionary review pursuant to N.C.G.S. § 7A-31 prior to determination by the Court of Appeals of a declaratory judgment for defendant entered by *Allsbrook, J.,* at the 5 November 1990 Session of Superior Court, HARNETT County. Heard in the Supreme Court 16 October 1991.

This is an action to determine whether the uninsured motorist coverages in an insurance policy issued by the defendant should be stacked. The superior court held that the coverages should not be stacked. The plaintiff appealed.

*Kelly & West, by J. Thomas West and G. Michael Malone, for plaintiff appellant.*

*Walter L. Horton, Jr. for defendant appellee.*

*Paul D. Coates and ToNola D. Brown, for Nationwide Mutual Insurance Company as amicus curiae.*

*Glenn, Mills & Fisher, P.A., by Stewart W. Fisher, for the North Carolina Academy of Trial Lawyers as amicus curiae.*

PER CURIAM.

We affirm the judgment of the superior court for the reasons stated in *Lanning v. Allstate Insurance Co.,* 332 N.C. 309, 420 S.E.2d 180 (1992), filed today.

Affirmed.

Justices FRYE and LAKE did not participate in the consideration or decision of this case.